UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK DOLAN,<br><br>                Plaintiff,<br><br>   v.<br><br>SENTRY CREDIT, INC., et al.,<br><br>                Defendants. | CASE NO. C17-1632 RAJ<br><br>ORDER |

This matter comes before the Court on Defendants' motion to strike Plaintiff's jury demand. Dkt. # 14. Plaintiff served his jury demand well within the fourteen day window required by Rule 38(b)(1). Fed. R. Civ. P. 38(b)(1); Dkt. # 22 at 2. On November 29, 2018, Plaintiff filed the jury demand. Dkt. # 13. This was within two weeks of serving the demand on Defendants, and only two days outside the original fourteen day window within which the demand had to be served. Plaintiff therefore filed the demand "within a reasonable time after service" pursuant to Rule 38(b)(2). Fed. R. Civ. P. 38(b)(2) (directing parties to file their jury demands according to Rule 5(d)'s "reasonable time" requirement and *not* according to Rule 38(b)(1)'s fourteen day requirement). Accordingly, the Court **DENIES** Defendants' motion. Dkt. # 14.

Dated this 24th day of April, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER- 1